Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of the STATE TREASURER OF THE STATE INDUSTRIAL COMMISSION, under the Workmen's Compensation Law, Respondent, Arising Out of the Death of PETER BROGAN, v. BAKER MANUFACTURING CORPORATION, Employer, and UTICA MUTUAL LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.